ACCEPTED
03-14-00531-CR
11124535
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/14/2016 8:21:39 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00531-CR

| | | |
|---|---|---|
| DERRICK KUYKENDALL | * | IN THE COURT OF APPEALS |
| Appellant | * | 3rd COURT OF APPEALS AUSTIN, TEXAS |
| | | 6/14/2016 8:21:39 AM |
| VS. | * | OF THE THIRD JEFFREY D. KYLE |
| | * | SUPREME JUDICIAL Clerk |
| | * | DISTRICT OF TEXAS |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## MOTION FOR REHEARING AND RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, DERRICK KUYKENDALL, Appellant, and files this Motion for an Extension in which to file a Motion for Rehearing and Reconsideration.   In support of this motion, appellant shows the Court the following:

**I**.

The Appellant was convicted in the District Court of Travis County, Texas of the offense of Manslaughter. Appellant was assessed 15 years TDCJ.   Opinion was handed down by this Court on April 28, 2016   affirming the judgement of the trial court.

**II.**

The deadline for filing the Motion for Rehearing is June 13, 2016 and

Appellant has requested **one** previous extensions.

## III.

Attorney for the Appellant would further show the Court that he has been diligent in preparing a motion for rehearing in this case. Counsel just completed a reply brief to this Court and is still drafting a capital murder appeal to the Court of Criminal Appeals, and has been unable to complete all of those in time to finish Appellant's motion for rehearing.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing a Motion for Rehearing and Reconsideration to July 13, 2016.

Respectfully Submitted,

**ARIEL PAYAN**
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 fax)
Arielpayan@hotmail.com

   /s/ Ariel Payan
ARIEL PAYAN
State Bar No. 00794430

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Motion for Rehearing and Reconsideration has been delivered to the Assistant Criminal District Attorney, Lisa Stewart by email at AppellateTCDA@traviscountytx.gov on June 13, 2016.

/s/ Ariel Payan
ARIEL PAYAN